UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH CHARLES LASSITER and ALPHA DORIS D. LASSITER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF BREMERTON, MATTHEW THURING, JOHN VANSANTFORD, ROBERT FORBES, BREMERTON POLICE CHIEF, KITSAP COUNTY, CLAIR A. BRADLEY, CHRISTIAN CASAD, JAMES T. MITCHELL AND DOES 1 – 10,<br><br>    Defendant. | NO.  C05-5320RBL<br><br>DECLARATION OF DAVID P. HORTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

1.     I am one of the attorneys for the City of Bremerton and Robert Forbes.  I make this declaration from personal knowledge.

2.     The City of Bremerton obtained a copy of the 911 call to Kitsap County Cencom.  I provided that copy to Debra Smith for it to be transcribed.  That transcription is filed herewith.

3.     Attached as Exhibit A is a true and correct copy of the Washington State Patrol investigation of the incident at issue made at the request of the City of Bremerton's Police Chief.

4.     Attached as Exhibit B is a true and correct copy of the Declaration of Alpha Doris Lassiter in Support of Motion to Dismiss that I obtained from the Kitsap County Superior Court file in State of Washington v. Lassiter, Kitsap County Superior Court # 05-1-00792-1.

DECLARATION OF DAVID P. HORTON 1

LAW OFFICE OF DAVID P. HORTON, INC. PS
3212 NW Byron Street  Suite 104
Silverdale, WA 98383
Tel (360) 692 9444
Fax (360) 692 1257

5. Also attached as Exhibit C from the same Court file is a true and correct copy of an affidavit from Fausto Poza.

6. Attached as Exhibit D is a true and correct copy of the Affidavit of 911 cencom tape.

7. Plaintiffs have not provided initial disclosures to the City or Mr. Forbes. No materials have been provided, except those filed with the Court in Support of their motion.

I declare under penalty of perjury under the law of the State of Washington that the above is true and correct to the best of my knowledge and ability.

DATED this 24th of April, 2006 at Silverdale, Washington.

/s/ David P. Horton
DAVID P. HORTON

DECLARATION OF DAVID P. HORTON 2

LAW OFFICE OF DAVID P. HORTON, INC. PS
3212 NW Byron Street  Suite 104
Silverdale, WA 98383
Tel (360) 692 9444
Fax (360) 692 1257

1
2
**CERTIFICATE OF SERVICE**

3
I hereby certify that on April 24th, 2006, I electronically filed The Declaration of David P. Horton in Opposition to Plaintiffs' Motion for Partial Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to David Smith, Garvey Schubert Barer, counsel for plaintiffs John E. Zehnder and, Scheer & Zehnder, LLP, counsel for defendants, Thuring and Van Santford,. Andrew Cooley, Keating, Bucklin & McCormack, Inc. P.S., Counsel for defendants Kitsap County.

DATED this 24th day of April, 2006.

LAW OFFICE OF
DAVID P. HORTON, INC. P.S.

By: /s/ David P. Horton
David P. Horton, WSBA# 27123
3212 NW Byron Street, Suite 104
Silverdale, WA  98383
(360) 692-9444
Facsimile:  (360) 692-1257
dhorton@davidhortonlaw.com

DECLARATION OF DAVID P. HORTON 3