UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH CHARLES LASSITER and ALPHA DORIS D. LASSITER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREMERTON, MATTHEW THURING, JOHN VAN SANTFORD, RONALD FORBES, BREMERTON POLICE CHIEF, AND DOES 1-10,<br><br>Defendants. | Case No. C05-5320 RBL<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION |

This matter comes before the Court on Plaintiffs' motion for reconsideration. (Dkt. No. 220). The Court's earlier Order granted Defendants' motion for summary judgment (Dkt. No. 149), determining that Officers Matthew Thuring and John Van Santford are entitled to qualified immunity for arresting Mr. Lassiter. (Dkt. No. 210).

Motions for reconsideration are disfavored and courts will ordinarily deny such motions in the absence of a showing of manifest error. W.D. Wash. CR 7(h).

The Court issued its Order Granting Defendants' Motion for Summary Judgment for Wrongful Arrest on October 5, 2006. (Dkt. No. 210). Plaintiffs submitted their motion for reconsideration on

ORDER
Page - 1

October 19, 2006, within the ten-day limit proscribed by Local Rule CR 7(h)(2). Accordingly, Defendants' request to reject the motion for reconsideration as untimely is DENIED.

Plaintiffs' motion [Dkt. #220], however, does not establish that the Court's prior order is incorrect. It is therefore DENIED.

DATED this 2nd day of November, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE