| | |
|---|---|
| DAVID H. SMITH, WSBA #10721<br>GARVEY SCHUBERT BARER<br>Eighteenth Floor<br>1191 Second Avenue<br>Seattle, Washington  98101-2939<br>(206) 464-3939<br><br>Attorneys for Plaintiffs<br>Kenneth Charles Lassiter and Alpha Doris D. Lassiter | Honorable Ronald B. Leighton |

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH CHARLES LASSITER and ALPHA DORIS LASSITER,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF BREMERTON, et al.,<br><br>　　　　　　Defendants. | NO. C05-5320RBL<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE OF DEF. FORBES'S MOTION FOR SUMMARY JUDGMENT** |

　　　　This matter has come before the Court on Plaintiffs' Request for Continuance Under FRCP 56(f) of Defendant Robert Forbes's Motion for Summary Judgment.  Having considered the papers filed by the parties in support of and in opposition to the request, and the remainder of the record, the Court hereby GRANTS Plaintiffs' Request and ORDERS that the hearing on Defendant Robert

　　//

　　//

　　//

　　//

(PROPOSED) ORDER GRANTING PLS.' REQ FOR CONTINUANCE
OF DEF. FORBES'S MTN FOR SUMMARY JUDGMENT
(NO. C05-5320RBL) - 1
SEA_DOCS:823409.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue

**Forbes's Motion for Summary Judgment (Dkt. #144) is continued to January 12, 2007**.

IT IS SO ORDERED this 20th day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGEp
Digitally Signed upon oral authorization (JAB)

Respectfully submitted,

GARVEY SCHUBERT BARER

By _____
    David H. Smith, WSBA #10721
Attorneys for Plaintiffs
Eighteenth Floor
1191 Second Avenue
Seattle, Washington  98101-2939
Phone:  (206) 464-3939
Fax:  (206) 464-0125
dsmith@gsblaw.com

(PROPOSED) ORDER GRANTING PLS.' REQ FOR CONTINUANCE
OF DEF. FORBES'S MTN FOR SUMMARY JUDGMENT
(NO. C05-5320RBL) - 2
SEA_DOCS:823409.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue