HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

KENNETH CHARLES LASSITER and
ALPHA DORIS LASSITER,

Case No. C05-5320RBL

11
12

Plaintiffs,

13

v.

14

CITY OF BREMERTON, et al,

15

Defendants.

ORDER GRANTING IN PART AND
DENYING IN PART PLAINTIFFS'
MOTION RE DEPOSITION OF STEVEN
CAIN AND FOR SANCTIONS

16
17

THIS MATTER having come before the Court on Plaintiffs' Motion Re Deposition of Steven Cain
and for Sanctions [Dkt. #362], and the Court having considered:

18
19

1.    Plaintiffs' Motion Re Deposition of Steven Cain and for Sanctions;

20

2.    The Declaration of David H. Smith in Support of Plaintiffs' Motion Re Deposition of
       Steven Cain and for Sanctions and exhibits submitted in support thereof; and

21
22

3.    Defendants' Response to Plaintiffs' Motion, and any materials submitted in support thereof.

23

The Court being otherwise fully advised of the premises, now, therefore, it is hereby **ORDERED**
that:

24
25

1.    The deposition of Steven Cain will be held at his offices located at 6242 Jones Rd.
       Burlington, Wisconsin 53105.

26
27

2.    All parties shall bear their own costs associated with the deposition of Cain and re-
       examination of the tape and tape recorder by Fausto Poza, BEKTEK, LLC, or others.

28

3.    Plaintiffs may seek such other and further relief as stated in the Court's Order Granting

ORDER
Page - 1

Plaintiffs' Motion to Compel Return Tape and Tape Recorder and for Sanctions signed January 14, 2007 [Dkt. #312].

4.   Plaintiffs' Motion to Vacate Prior Court Order [Dkt. #349] is **DENIED AS MOOT.**

DATED this 5th day of March, 2007.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE