HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH CHARLES LASSITER and ALPHA DORIS D. LASSITER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREMERTON, MATTHEW THURING, JOHN VANSANTFORD, ROBERT FORBES, BREMERTON POLICE CHIEF, KITSAP COUNTY, CLAIRE A. BRADLEY, CHRISTIAN CASAD, JAMES T. MITCHELL and DOES 1-10,<br><br>Defendants. | Case No. C05-5320RBL<br><br>ORDER ON ADJUSTMENT OF DEADLINE TO FILE MOTIONS IN LIMINE |

The parties have requested the Court to adjust the deadline for motions in limine to reflect the revision in trial date from April 23, 2007 to May 21, 2007. At the time the new trial date was assigned several deadlines were adjusted to place certain events in closer proximity to the new trial date. One deadline that was not adjusted was the deadline for motions in limine. This was not an oversight by the Court.

As of March 5, 2007 there have been 375 pleadings filed in this case. Motions filed by the parties are oftentimes accompanied by memoranda that meet or exceed the page limits imposed by local rule. Every order of the Court begets a motion for reconsideration which is accompanied by a memorandum that equals or exceeds the page limitation.

ORDER
Page - 1

If past is prologue, and the Court believes that in this case it certainly is, the Court anticipates many motions in limine accompanied by lengthy briefs and voluminous declarations and exhibits. The Court therefore chose to keep the deadline for such motions where it was to allow the Court to deal with the motions in a deliberate manner.

By way of compromise, the Court does hereby order that motions in limine be filed no later than April 9, 2007. If the Court needs oral argument on any matter raised by said motions, it will occur in connection with the Pretrial Conference.

DATED this 6th day of March, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE