HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH CHARLES LASSITER and ALPHA DORIS D. LASSITER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BREMERTON, MATTHEW THURING, JOHN VANSANTFORD, ROBERT FORBES, BREMERTON POLICE CHIEF, et al.,<br><br>Defendants. | Case No. C05-5320RBL<br><br>ORDER ON MOTIONS IN LIMINE |

This matter is before the court on Defendant Bremerton's Motions In Limine, [Dkt. #390]; the Defendant Officers' Motions In Limine [Dkt. #395]; and Plaintiffs' Motions in Limine [Dkt. #398]. The Court rules on the Motions as follows:

| | |
|---|---|
| *BREMERTON'S MOTIONS* | |
| 1. Exclude all evidence not disclosed by discovery deadlines | RESERVE |
| 2. Exclude expert opinions not disclosed by discovery deadlines | RESERVE |
| 3. Exclude medical testimony from Dr. Goldberg that Mr. Lassiter's cardiac care was caused by the July 25, 2003 incident | GRANT |

ORDER
Page - 1

| | |
|---|---|
| 4.  Exclude testimony of Sidna Steely that Mr. Lassiter's hearing loss was caused by the July 25, 2003 incident | GRANT |
| 5.  Exclude lay opinion testimony as to the causal relationship between the July 25, 2003 incident and Plaintiff's cardiac, hearing, fertility, and "spaces between his bones" conditions. | GRANT |
| 6.  Exclude testimony attempting to tie the incident to the Lassiters' fertility issues. | GRANT |
| 7.  Exclude reference to an internal investigation. | GRANT |
| 8.  Exclude reference to the Lassiters' superior court prosecutions. | GRANT |
| 9.  Exclude testimony regarding discussions between the Lassiters and the prosecutors. | GRANT |
| 10.  Exclude testimony regarding a conspiracy against the Lassiters. | GRANT |
| 11.  Exclude testimony that the officers were caused to be at the Lassiter home due to the City, the County, or any other governmental entity | DENY |
| 12.  Exclude testimony that the City reimbursed the Officers for the attorneys' fees incurred due to the WSP investigation. | GRANT |
| 13.  Exclude reference to other litigations brought against the City or its police. | RESERVE |
| 14.  Exclude references to the Lassiters' prior lawsuit and its outcome. | GRANT as to settlement and rulings in the case; DENY as to the fact of the suit. |
| 15.  Exclude reference to settlement negotiations. | GRANT |
| 16.  Exclude evidence about domestic violence training. | DENY |
| 17.  Exclude reference to WSP investigation. | GRANT |
| 18.  Exclude reference to officer's administrative leave. | GRANT |
| 19.  Exclude reference to any allegations of prior misconduct of officers. | GRANT |
| 20.  Exclude evidence or reference to post incident "glaring." | GRANT |
| 21.  Exclude insurance evidence. | GRANT |

| 22. Exclude references to Motions in limine. | GRANT |
|---|---|

### OFFICER"S MOTIONS

*Dismissed Claims*

| 1. Exclude evidence of propriety of officers' pre-entry conduct. | RESERVE |
|---|---|
| 2. Exclude evidence of propriety of arrest. | RESERVE |
| 3. Exclude evidence of criminal charges against Mr. Lassiter. | RESERVE |
| 4. Exclude evidence of criminal charges against Mrs. Lassiter. | RESERVE |
| 5. Exclude all references to number of time officers said "stop." | DENY |

*The Tape*

| 1. Exclude the tape recording made by the Lassiters on July 25, 2003 | DENY |
|---|---|
| 2. Exclude all transcripts of the tape. | DENY |
| 3. Exclude expert testimony from BEKTEK | RESERVE |

### PLAINTIFFS' MOTIONS

| 1. Exclude Mr. Lassiter's 1991 conviction for injuring a public record. | RESERVE |
|---|---|
| 2. Exclude Mr. Lassiter's attempt to restore his right to bear arms | RESERVE |
| 3. Exclude evidence of history between Lassiters and the City. | DENY |
| 4. Exclude evidence of prior rulings. | GRANT |
| 5. Exclude reference to taxpayers suffering if Lassiters prevail. | GRANT |
| 6. Exclude insurance evidence. | GRANT |
| 7. Exclude evidence of potential attorneys' fee award. | GRANT |
| 8. Exclude 911 tape. | DENY |
| 9. Exclude Cain's testimony. | DENY |

DATED this 30TH day of April, 2007

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE