FILED _____ LODGED
_____ RECEIVED

MAY 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

1   DAVID H. SMITH, WSBA #10721         Honorable Ronald B. Leighton
    JENNIFER A. KREBS, WSBA #33499
2   GARVEY SCHUBERT BARER
    Eighteenth Floor
3   1191 Second Avenue
    Seattle, Washington  98101-2939
4   (206) 464-3939

5   Attorneys for Plaintiffs
    Kenneth and Alpha Doris Lassiter        **05-CV-05320-ORD**

6

7   *Court Use only above this line.*

8              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10  KENNETH CHARLES LASSITER and
    ALPHA DORIS LASSITER,
11                                          NO. C05-5320RBL
              Plaintiffs,
12                                          **(PROPOSED) ORDER GRANTING**
       vs.                                  **PLAINTIFFS' MOTION FOR**
13                                          **ADDITIONAL TIME TO FILE EXPERT**
    CITY OF BREMERTON, et al.,              **REPORT**
14
              Defendants.
15

16

17         This matter having come before the Court on Plaintiffs' Motion for Additional Time to

18  File Expert Report, and the Court having considered:

19         • Plaintiffs' Motion for Additional Time to File Expert Report;

20         • The Declarations of David H. Smith and Bruce E. Koenig attached thereto;

21         • Defendants' Response to Plaintiffs' Motion for Additional Time to File Expert

        Report; and
22
           • Plaintiffs' Reply;
23
    And the Court being otherwise fully advised of the premises;
24

25

26

(PROPOSED) ORDER GRANTING PLFS' MOTION FOR ADD'L
TIME TO FILE EXPERT REPORT (NO. C05-5320RBL) - 1
SEA_DOCS:848075.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
(206) 464-3939

1    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

2  that:

3    *Plaintiffs' Motion for Additional Time to File Expert Report is GRANTED.*

4    Plaintiffs will file the expert's report in response to defense expert Cain's report within

5  fourteen days of receiving the materials they have requested from Mr. Cain.

6    DATED this 7th day of ___May___ 2007.

7

8

9    The Honorable Ronald B. Leighton
     United States District Judge
10

11  Respectfully submitted,

12  GARVEY SCHUBERT BARER

13

14  By    /s/ David H. Smith
         David H. Smith, WSBA #10721
15       Attorneys for Plaintiffs
         Eighteenth Floor
16       1191 Second Avenue
         Seattle, Washington 98101-2939
17       Phone: (206) 464-3939
         Fax: (206) 464-0125
18       dsmith@gsblaw.com

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING PLFS' MOTION FOR ADD'L
TIME TO FILE EXPERT REPORT (NO. C05-5320RBL) - 2
SEA_DOCS:848075.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
(206) 464-3939