AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

KENNETH CHARLES LASSITER
and ALPHA DORIS D. LASSITER
       v.
CITY OF BREMERTON,
MATTHEW THURING and
JOHN VAN SANTFORD

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    C05-5320RBL

[XX]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

      The Jury FINDS that Officers Matthew Thuring and John Van Santford DID NOT use excessive force when arresting Kenneth Lassiter.

      Judgment is hereby entered FOR Defendants

<br>

               BRUCE  RIFKIN
*Dated: September 13, 2007*                     *Clerk*

               s/Jean Boring
               *(By) Deputy Clerk*